**Rodney David YOUNG, Plaintiff–**
**Appellant,**

v.

**Christopher GRIFFIN; Tammy Hamilton; Dr. Mary Hammond; Lieutenant D. Sisco, Defendants–Appellees.**

**No. 13–7940.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 27, 2014.

Decided: March 5, 2014.

Rodney David Young, Appellant Pro Se. Nathaniel Heyward Clarkson, III, Amy Miller Snyder, Clarkson Walsh Terrell & Coulter, PA, Greenville, South Carolina; Russell W. Harter, Jr., Chapman, Harter & Harter, PA, Greenville, South Carolina, for Appellees.

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney David Young appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Young v. Griffin,* No. 1:12–cv–03009–TMC, 2013 WL 6991401 (D.S.C. Nov. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*